# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESA BROOKE,**<br>         Plaintiff,<br>    vs.<br>**PACIFIC PLAZA HOTELS INC.,**<br>         Defendant. | CASE NO. 20-cv-01985-YGR<br><br>**ORDER RE: DISMISSAL** |

Given the parties' failure to respond to Docket Number 10, this action shall be deemed dismissed effective **July 20, 2020**, absent good cause shown for the Court not to do so.

**IT IS SO ORDERED.**

Dated: July 14, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**